UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEIDI SCHACHER,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendant. | No. 1:20-cv-01104-AWI-HBK<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE UNDER PARTIES' JOINT STIPULATION UNDER FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>**(Doc. No. 11)** |

On December 9, 2020, Plaintiff filed a Notice of Settlement. (Doc. 10). On December 17, 2020, the parties filed a Joint Stipulation to Dismiss Entire Action with Prejudice. (Doc. 11). The parties provide notice of the dismissal of this action with prejudice under Fed. R. Civ. P. 41(a)(1), with each party to bear its own costs and attorneys' fees. *See* Doc. No. 11 at 1.

Accordingly, this action is dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(ii)(B). *See Id.*; *see also Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The Clerk of Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated:     December 28, 2020

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE